IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| In re: | CHAPTER 13 BANKRUPTCY |
|---|---|
| **JASON MICHAEL DOMONKAS,** | CASE NO. 17-52862 |
| Debtor. | JUDGE ALAN M. KOSCHIK |
| | **NOTICE OF MOTION FOR HARDSHIP DISCHARGE** |

**NOTICE IS HEREBY GIVEN** that the Debtor has filed a Motion for Hardship Discharge.

Your rights may be affected. You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to approve the proposed hardship discharge, or if you want the court to consider your views on the motion, then you or your attorney must file an Objection to the Motion for Hardship Discharge not later than 21 days after the filing of this motion.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested by the Debtor(s). The determination made in such an order will supersede any security interest stated in a proof of claim that you have filed or will file.

If you do not want the court to grant the relief sought, then on or before **May 3, 2019,** you or your attorney must file with the court a written request for a hearing or if the Court requires a written response, an answer, explaining your position at:

Clerk of Court
United States Bankruptcy Court
2 South Main St
Akron, OH 44308

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the undersigned attorneys, and to the Chapter 13 Trustee, as follows:

Rebecca J. Sremack
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Counsel for Debtor

Keith L. Rucinski
One Cascade Plaza, Suite 2020
Akron, OH 44308
Chapter 13 Trustee

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
William M. Sremack #0006832
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: (330) 644-0061
Fax: (330) 644-7241
info@sremacklaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, a copy of the foregoing *Notice of Motion for Hardship Discharge* was filed electronically via this Court's ECF system and served upon all parties indicated on the electronic filing receipt, namely:

    Trustee Keith Rucinski                U.S. Trustee

It was also served this same date upon the creditors listed on the next page.

                                                    /s/ Rebecca J. Sremack
                                                    Rebecca J. Sremack #0092313
                                                    *Counsel for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 17-52862-amk<br>Northern District of Ohio<br>Akron<br>Fri Apr 12 09:00:36 EDT 2019 | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 | Buckle<br>Comenity Bank<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Escallate, LLC<br>5200 Stoneham Rd., Suite 200<br>North Canton, OH 44720-1584 | Goodyear Credit Plan<br>Processing Center<br>P.O. Box 6403<br>Sioux Falls, SD 57117-6403 | Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 |
| Hyundai Motor Finance<br>Attention: Bankruptcy Department<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Summit County Fiscal Office<br>175 S. Main St., #400<br>Akron, OH 44308-1308 | Virginia Kilgore<br>317 Keenan Ave.<br>Cuyahoga Falls, OH 44221-2225 |
| David A. Keith<br>THE KEITH LAW OFFICE<br>1650 S. Arlington Street<br>Suite 3<br>Akron, OH 44306-3891 | Jason Michael Domonkas<br>6690 Christan Rd.<br>Clinton, OH 44216-9650 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308-1160 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17