This document was signed electronically on April 12, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 12, 2019



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 17-52862 |
| JASON MICHAEL DOMONKAS, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Judge Alan M. Koschik |

### ORDER SETTING DEADLINE FOR FILING
### COMPLAINT PURSUANT TO SECTION 523(a)(6)

On April 12, 2019, Jason Michael Domonkas (the "Debtor"), by and through Counsel, filed a motion requesting the Court to enter an order granting the Debtor a hardship discharge under 11 U.S.C. § 1328(b) (Docket No. 30). Pursuant to Federal Rule of Bankruptcy Procedure 4007(d),

> On motion by a debtor for a discharge under Section 1328(b), the court shall enter an order fixing the time to file a complaint to determine the dischargeability of any debt under Section 523(a)(6) and shall give no less than 30 days' notice of the time fixed to all creditors in the manner provided in Rule 2002.

Therefore, any complaint asserting the non-dischargeability of any debt under Section 523(a)(6) must be filed no later than May 17, 2019.

# # #